# United States District Court
# for the Southern District of Georgia
# Savannah Division

BEATRICE Y. BAKER, )
 )
    Plaintiff, )
 )
v. )
 )   CV417-013
THOMSANIA WILSON, *et al.*, )
 )
    Defendant. )

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court.

**SO ORDERED** this 30 day of June, 2017.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA